THE STATE EX REL. ARIGONI, APPELLANT, v. CONRAD, ADMR., ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as State ex rel. Arigoni v. Conrad (2000), 88 Ohio St.3d 472.]

(No. 98-2600—Submitted April 10, 2000—Decided May 24, 2000.)

Hanlon, Duff, Paleudis & Estadt Co., L.P.A., and John G. Paleudis, for appellant.

Betty D. Montgomery, Attorney General, and Angela D. Marinakis, Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.